HEATHER WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARCOS ANTONIO ROBLES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>MARCOS ANTONIO ROBLES,<br><br>    *Defendant.* | No. 1:13-cr-0051 AWI-BAM<br><br>STIPULATION AND ORDER TO ADVANCE STATUS CONFERENCE HEARING<br><br>DATE:  July 22, 2013<br>TIME:  10:00 A.M.<br>JUDGE:  Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for July 22, 2013 at 1:00 p.m. before Magistrate Judge McAuliffe **may be advanced to July 22, 2013 at 10:00 a.m. before the Honorable Anthony W. Ishii.**

The parties have reached a resolution and Mr. Robles wishes to change his plea on his case.

                                                        Respectfully submitted,

                                                        BENJAMIN B. WAGNER
                                                        United States Attorney

DATED: July 15, 2013                                By:   /s/ *Karen A. Escobar*
                                                                  KAREN A. ESCOBAR
                                                                  Assistant United States Attorney
                                                                  Attorney for Plaintiff

                                                                  HEATHER E. WILLIAMS

Federal Defender

DATED: July 15, 2013	By:	/s/ *Charles J. Lee*
				CHARLES J. LEE
				Assistant Federal Defender
				Attorney for Defendant
				MARCOS ANTONIO ROBLES

**O R D E R**

IT IS SO ORDERED.

Dated: <u>   July 15, 2013   </u>

_____
SENIOR  DISTRICT  JUDGE